UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD ALLEN SMITH, SR.,

Plaintiff,

v.

JULIA B. OWDZIEJ, et al.,

Defendants.

Case No. 26-cv-13762

Honorable Robert J. White

**ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT**

Richard Allen Smith, Sr. commenced this 42 U.S.C. § 1983 action against several state judges, a state circuit court, and a county prosecutor's office. Before the Court is his motion to alter or amend the October 8, 2026 judgment dismissing his *pro se* complaint. (ECF Nos. 6-7). The Court will decide the motion without a hearing pursuant to E.D. Mich. LR 7.1(h)(3).

Because Smith fails to demonstrate "(1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice" that would alter the Court's prior decision, altering or amending the judgment is unwarranted. *Betts v. Costco Wholesale Corp.*, 558 F.3d 461, 474 (6th Cir. 2009) (quotation omitted).

Smith does contest the dismissal of the complaint *with* prejudice. (ECF No. 7, PageID.71). But considering the identity of the defendants and the nature of his allegations, the Court cannot discern how Smith could amend his complaint to state a plausible claim for relief; especially in manner consistent with Federal Rule of Civil Procedure Rule 11(b). Accordingly,

IT IS ORDERED that Smith's motion to alter or amend the October 8, 2026 judgment dismissing his *pro se* complaint (ECF No. 7) is denied.

Dated: October 13, 2026

s/ Robert J. White
Robert J. White
United States District Judge